tiff was afflicted was totally and permanently disabling as a matter of law. There was evidence that plaintiff could do light work without injury to his health for some time after the onset of the disease; and, while this evidence was contradicted, it was for the jury to say what was the truth of the matter. The charge should have predicated plaintiff's right to recover, not upon the existence of the disease during the life of the policy, but upon total and permanent disability having resulted from the disease while the policy was in force. In the Odom Case, supra, our holding was, not that plaintiff was entitled to recover because of his affliction with the disease, but that he was entitled to have his case submitted to the jury for its determination.

Reversed.

L. Weaver and William M. Giller, both of Omaha, Neb., on the brief), for appellee.

Before GARDNER, SANBORN, and VAN VALKENBURGH, Circuit Judges.

PER CURIAM.

Upon petition of the appellee herein, this court granted a rehearing in case No. 10030. The case has been reargued, and we have considered the supplemental briefs and the arguments of counsel.

We have reached the conclusion that the court below was without jurisdiction, in a summary proceeding, to adjudicate title to the property in the possession of the appellants; that the opinion heretofore filed herein should stand as the opinion of this court in this case; and that the decree appealed from should be reversed, with directions to dismiss the summary proceeding.

It is so ordered.

## MARCELL et al. v. ENGEBRETSON
### (two cases).
### Nos. 9976, 10030.

Circuit Court of Appeals, Eighth Circuit.
April 15, 1935.

For former opinion, see 74 F.(2d) 93.

Clinton Brome and W. H. Herdman, both of Omaha, Neb. (U. S. G. Cherry and Gale B. Braithwaite, both of Sioux Falls, S. D., on the brief), for appellants.

M. E. Culhane, of Minneapolis, Minn., and Olaf Eidem, of Brookings, S. D. (Frank

## REVERE COPPER & BRASS, Inc., v. ADRIANCE MACHINE WORKS, Inc.
### No. 280.

Circuit Court of Appeals, Second Circuit.
April 15, 1935.

